Image ID: D00042407D15

# SUMMONS

Doc. No. 42407

IN THE DISTRICT COURT OF Lincoln COUNTY, NEBRASKA
301 N. Jeffers
North Platte NE 69101

Daniel Weiss v. Western Engineering Company, Inc.

Case ID: CI 20 15

TO: Western Engineering Company, Inc.

You have been sued by the following plaintiff(s):

Daniel Weiss

Plaintiff's Attorney: Joy Shiffermiller
Address: 1002 G Street
Lincoln, NE 68508

Telephone: (402) 484-7700

A copy of the complaint/petition is attached. To defend this lawsuit, an appropriate response must be served on the parties and filed with the office of the clerk of the court within 30 days of service of the complaint/petition. If you fail to respond, the court may enter judgment for the relief demanded in the complaint/petition.

Date: JANUARY 9, 2020 BY THE COURT: Debra McCarthy
Clerk

DISTRICT COURT Seal LINCOLN COUNTY, NEBRASKA

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE COMPLAINT/PETITION ON:

Western Engineering Company, Inc.
1149 Highway 44
P.O. Box 350
Harlan, IA 51537

Method of service: Certified Mail

You are directed to make such service within ten days after the date of issue, and file with the court clerk proof of service within ten days after the signed receipt is received or is available electronically, whichever occurs first.

EXHIBIT A

IN THE DISTRICT COURT OF LINCOLN COUNTY, NEBRASKA

| | | |
|---|---|---|
| DANIEL WEISS,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN ENGINEERING COMPANY, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. CI 20-15<br><br>COMPLAINT AND REQUEST FOR A JURY TRIAL AND PRAECIPE |

## INTRODUCTION

**COMES NOW** the Plaintiff, by and through his attorney, and for his cause of action against the Defendant, Western Engineering Company, Inc., alleges and states as follows:

1. This is an action for damages against the Defendant for acts in violation of Plaintiff's rights as guaranteed under the Nebraska Age Discrimination in Employment Act Neb. Rev. Stat. §48-1001. et. Seq; The Nebraska Fair Employment Practices Act 48-1114(1)(c), and Attorneys Fees pursuant to Neb. Rev. Stat. §48-1119.

## JURISDICTION AND VENUE

2. Venue is appropriate as the Plaintiff is a resident of Lincoln County in the State of Nebraska.

3. Plaintiff has met the administrative requirements of this action in that he filed charges of discrimination with the Nebraska Equal Opportunity Commission ("NEOC").

## PARTIES

4. Plaintiff is a 62 year old resident and citizen of North Platte, Lincoln County, Nebraska. Plaintiff was 59 years old when the incidents related to this charge occurred.

5. Defendant, Western Engineering Company, Inc, ("Western Engineering"), was and is a foreign corporation licensed in Iowa and qualified and registered to do business in the State of Nebraska. Defendant Western Engineering is an employer as defined in the Nebraska ADEA.

## FACTS

6. Plaintiff's relationship with Defendant began March 19. 2018 when Plaintiff was hired as a Low Boy Driver earning $18.00 an hour. While employed by the Defendant, Plaintiff worked under the immediate supervision of Mitch Hagen.

7. Upon the Plaintiff's hire, the Defendant offered him access to a various training videos. However, none of these videos provided information related to the work within the Plaintiff's scope of employment.

8. In an attempt to access more appropriate training videos, Plaintiff asked HR representative Matt Epley if the Defendant had any training videos regarding regulations on overweight vehicles, heavy hall, lowboy driving, and chaining up.

9. After being employed for two weeks, Plaintiff received a Federal Motor Carrier Safety Pocket Book. Plaintiff did not receive any other safety materials for the remainder of his employment.

10. Plaintiff maintains that he did not receive appropriate training because the Defendant "assumed he knew things" due to his age.

11. On June 13, 2018 Hagen asked the Plaintiff to bring him trucking permits required to complete a trucking job the following day from North Platte to the Defendant's plant in Sargent, Nebraska. The Plaintiff was operating one of the Defendant's tractor-trailers and informed Hagan that he would arrive with the requested permits sometime after lunch.

12. On his way from North Platte to Sargent, the Plaintiff picked up a passenger who was producing a documentary on the trucking industry. The two arrived in Sargent at approximately 7:00pm.

13. The Plaintiff maintains that he was given permission by Hagen to pick up the passenger, which Hagen denies.

20. The same day, Hagen terminated the Plaintiff for allegedly showing up late to work two previous days. Hagen stated that the Plaintiff was also being terminated for picking up a passenger.

21. The true reason the Plaintiff was terminated was his opposition to the Defendant's requests that he operate defective equipment.

22. At all times during his employment, the Plaintiff was satisfactorily performing his job and committed no misconduct in accordance with his work.

## FIRST CAUSE OF ACTION

23. Plaintiff incorporates herein as if fully set forth herein, the allegations contained in paragraphs one through twenty-two.

24. Defendant discriminated against Plaintiff by treating him differently than similarly situated employees and by terminating Plaintiff because of his age.

25. As a direct and proximate result of the Defendants actions, Plaintiff has suffered lost wages, lost benefits, loss of enjoyment of life, incurred attorney's fees, and pain and suffering.

## SECOND CAUSE OF ACTION

26. Plaintiff hereby incorporates paragraphs one through twenty-four.

14. Upon his arrival in Sargent, the Plaintiff informed Hagen that his delayed arrival time was due to problems he had experienced with the tractor-trailers brakes and tires.

15. Plaintiff had previously informed Hagan of these issues, but they had not been resolved.

16. While driving on June 14, 2018 the Plaintiff experienced issues with the tractor-trailer once again when the trailer's airbag system malfunctioned. In the same trip, a fender fell off of the tractor.

17. Upon arrival at his destination, the Plaintiff informed an unknown employee of the Defendant that the tractor-trailer had malfunctioned, making it unsafe to operate. In addition to being unsafe, operating the defective equipment on the roadway would have been against both state and federal laws. The Plaintiff was instructed to operate the defective equipment anyway.

18. Because there was no supervisor on duty at the time and Plaintiff's equipment had malfunctioned, the Plaintiff waited for a supervisor to arrive before taking further action. Thereby the Plaintiff opposed and refused to carry out actions which he reasonably believed unlawful under federal and state laws.

19. When Hagen, the acting supervisor, arrived the Plaintiff informed him of the issues he had experienced with the tractor-trailer. Hagen then accused the Plaintiff of not doing his job and cussed at him.

27. The Defendant retaliated against the Plaintiff for his opposition and refusal to carry out actions he reasonably believed to be unlawful under state and federal law in violation of Neb. Rev. Stat. 48-1114(1)(c).

28. As a direct and proximate result of the Defendant's actions, Plaintiff has suffered lost wages, lost benefits, loss of enjoyment of life, incurred attorney's fees, and pain and suffering.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff requests that the Court exercise jurisdiction over his claims and award:

a) Awarding Plaintiff the value of all back pay and benefits lost as a result of Defendant's illegal acts;

b) Declaring the acts of Defendant herein before alleged violated the statutory rights guaranteed to Plaintiff;

c) Reinstatement of benefits.

d) Awarding a like sum of benefits as liquidated damages against Defendant pursuant to the ADEA.

e) All costs of this action including reasonable attorney's fees; and

f) Such other and further relief as law and equity allow.

## REQUEST FOR JURY TRIAL

Plaintiff requests a jury trial be held in North Platte, Nebraska.

**DANIEL WEISS, Plaintiff**

By: s/ Joy Shiffermiller
Joy Shiffermiller #18164
*SHIFFERMILLER LAW OFFICE*
1002 G Street
Lincoln, NE 68508
(402) 484-7700
(402) 484-7714 (fax)

## PRAECIPE

TO THE CLERK OF SAID COURT:

Please issue summons and deliver the same to the Plaintiff's counsel for service by certified mail upon:

Western Engineering Company, Inc.
1149 Highway 44
PO Box 350
Harlan, IA 51537

Joy Shiffermiller
Joy Shiffermiller

Filed in Lincoln District Court
*** EFILED ***
Case Number: D15CI200000015
Transaction ID: 0010061534
Filing Date: 01/16/2020 12:30:04 PM CST

Image ID:
D00042407D15

# SUMMONS

Doc. No. 42407

IN THE DISTRICT COURT OF Lincoln COUNTY, NEBRASKA
301 N. Jeffers
North Platte NE 69101

Daniel Weiss v. Western Engineering Company, Inc.

Case ID: CI 20 15

TO: Western Engineering Company, Inc.

You have been sued by the following plaintiff(s):

Daniel Weiss

Plaintiff's Attorney: Joy Shiffermiller
Address: 1002 G Street
Lincoln, NE 68508

Telephone: (402) 484-7700

A copy of the complaint/petition is attached. To defend this lawsuit, an appropriate response must be served on the parties and filed with the office of the clerk of the court within 30 days of service of the complaint/petition. If you fail to respond, the court may enter judgment for the relief demanded in the complaint/petition.

Date: JANUARY 9, 2020 BY THE COURT: Debra McCarthy
Clerk

DISTRICT COURT ★ LINCOLN COUNTY, NEBRASKA ★ Seal

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE COMPLAINT/PETITION ON:

Western Engineering Company, Inc.
1149 Highway 44
P.O. Box 350
Harlan, IA 51537

Method of service: Certified Mail

You are directed to make such service within ten days after the date of issue, and file with the court clerk proof of service within ten days after the signed receipt is received or is available electronically, whichever occurs first.

# SERVICE RETURN

Doc. No. 42407

LI

To:
Case ID: CI 20 15 We

Received this Summo

**U.S. Postal Service™ CERTIFIED MAIL® RECE**
*Domestic Mail Only*

For delivery information, visit our website at

OFFICIAL

Certified Mail Fee $ 3.50
Extra Services & Fees (check box, add fee as appropriate)
☑ Return Receipt (hardcopy) $ 2.80
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $ .65
Total Postage and Fees $ 6.95
Sent To Western Engineering Company, Inc.
Street and Apt. No., or PO Box No. 1149 Highway 44 P.O. Box 350
City, State, ZIP+4® Harlan, IA 51537
PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7018 3090 0001 6098 0244

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Western Engineering Company, Inc.
1149 Highway 44
P.O. Box 350
Harlan, IA 51537

9590 9402 5047 9092 4434 23

2. Article Number (Transfer from service label)
7018 3090 0001 6098 0244

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee
B. Received by (Printed Name) Neal Smith
C. Date of Delivery 01/14/20
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
Mail Restricted Delivery
)0)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

TOTAL

Date: ______________ BY: ______________
(Sheriff or authorized person)

## CERTIFIED MAIL PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: Western Engineering Company, Inc.

At the following address: 1149 Highway 44
P.O. Box 350
Harlan, Iowa 51537

on the 9th day of January 2020, as required by Nebraska state law.

[signature]

Postage $ 6.95 Attorney for: Plaintiff Daniel Weiss

The return receipt for mailing to the party was signed on January 14, 2020.

To: Western Engineering Company, Inc.
1149 Highway 44
P.O. Box 350
Harlan, IA 51537

From: Joy Shiffermiller
1002 G Street
Lincoln, NE 68508

ATTACH RETURN RECEIPT & RETURN TO COURT

# Certificate of Service

I hereby certify that on Thursday, January 16, 2020 I provided a true and correct copy of the Return-Summons/Alias Summons to the following:

Western Engineering Company, Inc. service method: No Service

Signature: /s/ Shiffermiller,Joy, (Bar Number: 18164)